tober 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion.

William H. GREIS et al., applts., v. CITY OF SYRACUSE, respt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment affirmed, with costs. All concur.

Max GRUBART, Applt., v. INTERBORO R. T. CO., Respt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Benjamin GUBEN, respondent, v. Jacob RICHMAN, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

Louis GUENTHER v. RIDGWAY CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion for stay denied, with $10 costs; time to answer extended as stated in order. Order filed.

Louis GUENTHER v. RIDGWAY COMPANY. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs. Order filed.

In the Matter of Joseph P. GULKIN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Elisa HACK, respondent, v. SUPREME LODGE, KNIGHTS & LADIES OF HONOR, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order affirmed, with costs. No opinion.

Frank J. HALE v. John CORT. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, with $10 costs. Order filed.

Isidor HALPERN v. MANHATTAN AVE. THEATER CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted; question certified. Order filed.

Amelia HAMES, respondent, v. Adolph N. BAUMANN, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

In the Matter of the Application of Jane K. HAMILTON, as a creditor of John Phelps, deceased, for authority to dispose of his real property for the payment of his debts, etc. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion to dismiss appeal granted, unless appellants shall file

and serve printed papers by November 4th and be ready to argue appeal at opening of November, 1916, term.

HAMILTON INSTITUTE, etc., v. Paul FOERSTER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

William J. HAMMER v. INDEPENDENT LAMP & WIRE COMPANY. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

Louise HANF, Respt., v. Herbert N. BRADLEY, Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

HARBURGER v. CAMPBELL. YOUNGER v. SAME. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Orders signed.

Mary HARDING, respt., v. WOOLFENDEN CHEMICAL CO., Inc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, and appeals dismissed, with costs.

Mamie HARTELL v. T. H. SIMONSON & SON CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to require appellant to file new undertaking granted; bond to be approved by a justice of the Supreme Court at Special Term. Settle order on notice.

Catherine HAYES, respondent, v. Edmond J. HAYES, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

Oscar M. HAYMAN et al., respts., v. CANTON ART METAL CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion for reargument denied, with $10 costs.

August F. HEINZE, respondent, v. CHARLES A. SIGMOND REALTY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Order affirmed, with $10 costs and disbursements. No opinion.

Edward A. HENDRICKSON v. EMPIRE TRUST CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

Mildred B. HERNIMAN, as infant, etc., respt., v. NEW YORK CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment and order affirmed, with costs. All concur, except Foote, J., and Merrell, J., who dissent.